# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| DENENE SANDS, <br><br> Plaintiffs, <br><br> v. <br><br> SALLY BEAUTY HOLDINGS, INC., a Delaware corporation, <br><br> Defendant. | CV 20-40-BU-BMM <br><br> **ORDER** |

Defendant has moved for an order allowing Heidi A. Guttau, Esq., (Ms. Guttau) to appear *pro hac vice* in this case with Christopher R. Hedican, Esq. designated as local counsel. Ms. Guttau's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Defendant's motion to allow Ms. Guttau to appear on their behalf (Doc. 10) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with Ms. Guttau;

2. Ms. Guttau must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Ms. Guttau.

IT IS FURTHER ORDERED that:

Ms. Guttau shall file, within fifteen (15) days from the date of this Order, an acknowledgment ad acceptance of her admission under the terms set forth above.

DATED this 7th day of October, 2020.

_____
Brian Morris, Chief District Judge
United State District Court