IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DENISE SANDS,<br><br>Plaintiff,<br><br>v.<br><br>SALLY BEAUTY SUPPLY, LLC, a Virginia corporation,<br><br>Defendant. | CV-20-40-BU-BMM<br><br>**ORDER** |

Upon the Joint Stipulation for Dismissal with Prejudice, (Doc. 44), and with good cause shown, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice. Each party shall bear their own fees and costs incurred in this matter.

DATED this 1st day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court